**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FERNANDEZ,

                              **Plaintiff,**

                -against-

SNYDER

                              **Defendant.**

**25-cv-7615 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

forty-five days.

**SO ORDERED.**

Dated:     December 9, 2025
           New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**